UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINA KORFUS,<br><br>                    Plaintiff,<br><br>      v.<br><br>EXTENDICARE HOMES, INC., d/b/a KITTITAS VALLEY HEALTH AND REHABILITATION CENTER<br><br>                    Defendant. | NO:  12-CV-3010-TOR<br><br>ORDER GRANTING STIPULATION AND ORDER OF DISMISSAL |

　　　　Before the Court is the parties' Stipulation and Order of Dismissal (ECF No. 20). The parties stipulated that the above-entitled matter may be dismissed with prejudice and without attorney's fees and costs to any party.

//

//

//

//

//

ORDER GRANTING STIPULATION AND ORDER OF DISMISSAL ~ 1

**Accordingly, IT IS HEREBY ORDERED**:

The parties' Stipulation and Order of Dismissal (ECF No. 20) is **GRANTED**. Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** this 5th day of December, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge